JOHN W. HUBER, United States Attorney (#7226)
DANIEL R. STRONG, Special Assistant United States Attorney (#13614)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: Daniel.Strong@wvc-ut.gov

FILED
U.S. DISTRICT COURT

2015 NOV 24 ⊃ 3: 22

DISTRICT OF UTAH

SEALED

DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEMASANI TAMAI VOA,<br><br>Defendant. | INDICTMENT<br><br>VIOLATIONS:<br>18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition [Count I];<br>21 U.S.C. § 844(a), Possession of Methamphetamine [Count II].<br><br>Case: 2:15-cr-00704<br>Assigned To : Benson, Dee<br>Assign. Date : 11/24/2015<br>Description: USA v. |

The Grand Jury charges:

### COUNT I
### 18 U.S.C. § 922(g)(1)
### (Felon in Possession of a Firearm and Ammunition)

On or about November 15, 2015, in the Central Division of the District of Utah,

### LEMASANI TAMAI VOA,

defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess, in and affecting interstate commerce, firearms and ammunition, to wit: a Smith and Wesson .40 caliber handgun and Winchester .40 caliber hollow-point ammunition; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT II
### 21 U.S.C. § 844(a)
(Possession of Methamphetamine)

On or about November 15, 2015, in the Central Division of the District of Utah,

### LEMASANI TAMAI VOA,

defendant herein, did knowingly and intentionally possess a controlled substance, to wit:

heroin, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in

violation of 21 U.S.C. § 844(a).

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
DANIEL R. STRONG
Special Assistant United States Attorney

2